IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ROBERT EKAS, *in pro per*,

        Plaintiff,

v.

AFFINITY PROPERTY MANAGEMENT, LLC,
an Oregon corporation, and DOES 1–10

        Defendants.

No. 3:16-cv-1636-YY

ORDER


Robert Ekas
1312 S.W. 10th Ave., Apt. 507
Portland, Oregon 97201

    Pro Se

William J. Edgar
GREENSPOON MARDER, P.A.
1211 S.W. 5th Ave., Suite 2850
Portland, Oregon 97204

    Attorney for Defendant

1 - ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Youlee Yim You issued a Findings and Recommendation ("F&R") [48] on December 7, 2017, in which she recommends that this Court grant Defendant's motion for summary judgment [31]. Plaintiff timely filed objections to the F&R. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When a party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and conclude that the objections do not provide a basis to modify the recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and find no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [48]. Therefore, Defendant's motion for summary judgment [31] is GRANTED.

IT IS SO ORDERED.

DATED this 2 day of February, 2018.

MARCO A. HERNÁNDEZ
United States District Judge